AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

``                                        DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,
          Plaintiff,

    v.

RAMON CORTES-LOPEZ,

          Defendant.

**APPEARANCE**

Case Number:   08MJ0356

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    RAMON CORTES-LOPEZ

    I certify that I am admitted to practice in this court.

/s/ JOSEPH McMULLEN

| | |
|---|---|
| 2/8/2008 | Signature |
| Date | |

| | |
|---|---|
| Joseph McMullen / Federal Defenders of SD | 246757 |
| Print Name | Bar Number |

| |
|---|
| 225 Broadway, Suite 900 |
| Address |

| | | |
|---|---|---|
| San Diego, CA  92101 | | |
| City | State | Zip Code |

| | |
|---|---|
| (619) 234-8467 | (619) 687-2666 |
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of his information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov


Dated: February 8, 2008                                      _/s/ Joseph McMullen_
                                                      JOSEPH McMULLEN
                                                      Federal Defenders of San Diego, Inc.
                                                      225 Broadway, Suite 900
                                                      San Diego, CA 92101-5030
                                                      (619) 234-8467  (tel)
                                                      (619) 687-2666  (fax)
                                                      e-mail: Joseph_McMullen@fd.org