```
 1 | KAREN P. HEWITT
   | United States Attorney
 2 | CHRISTOPHER P. TENORIO
   | Assistant U.S. Attorney
 3 | California State Bar No. 166022
   | 880 Front Street, Room 6293
 4 | San Diego, California 92101-8893
   | Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5 | Email: Christopher.Tenorio@usdoj.gov
   |
 6 | Attorneys for Plaintiff
   | United States of America
 7 |
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0473-JLS |
|---|---|---|
|                           Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
|              v. | ) | |
| | ) | |
| TRINIDAD PENA-HUERTA, | ) | |
| (Charged as Ramon Coretes-Lopez) | ) | |
| | ) | |
|                           Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

   Please call me if you have any questions about this notice.

   DATED:   March 18, 2008

                                        Respectfully submitted,

                                        KAREN P. HEWITT
                                        United States Attorney


                                        s/ *Christopher P. Tenorio*
                                        CHRISTOPHER P. TENORIO
                                        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TRINIDAD PENA-HUERTA,<br>(Charged as Ramon Coretes-Lopez)<br><br>  Defendant. | Case No. 08CR0473-JLS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Joseph McMullen, Esq.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2008.

s/ *Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

2